Case 6:25-cv-00089-H   Document 4   Filed 11/04/25   Page 1 of 2   PageID 25

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JOSE RAMON MOTINO-LOPEZ, § § Petitioner, § § VS. § WARDEN EDNA DETENTION CENTER, § *et al.*, § § Respondents. § | CIVIL ACTION NO. 6:25-CV-00065 |

## **OPINION AND ORDER OF TRANSFER**

This is a habeas action filed pursuant to 28 U.S.C. § 2241. (D.E. 1). Petitioner filed this habeas case seeking relief pursuant to 28 U.S.C. § 2241. In his Petition, Petitioner asserts he is being held at the Edna Detention Center in Edna, Texas. However, the documents attached to the Petition indicate Petitioner is currently in custody at the Eden Detention Center in Eden, Texas. (D.E. 1, Pages 2 and 5 and D.E. 1-1). The Eden Detention Center is located in Concho County, Texas which is within the Northern District of Texas, San Angelo Division. 28 U.S.C. § 124(a)(4).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted). Therefore, this Court does not have jurisdiction to address Petitioner's claims.

Rather than dismissal, the Court finds this case is more appropriately transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court for the Northern District of Texas, San Angelo Division. All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on November 4, 2025.

Jason B. Libby
United States Magistrate Judge