UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSE RAMON MOTINO-LOPEZ,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 6:25-CV-089-H

## ORDER

The Court, having reviewed the docket, notes that Javier Rivera is not admitted to
practice in the Northern District of Texas. Rivera is ordered to submit an application for
admission pro hac vice by December 17, 2025, should he seek to continue representing the
petitioner in this action. Counsel is also advised of the requirement of local counsel under
Local Civil Rule 83.10.

Thus, the Court further orders that, by December 17, 2025, the petitioner must either
obtain local counsel or submit a motion to waive the requirement, specifically detailing
availability for hearings and ability to comply with the local rules of this Court.

So ordered on December __ 5 __, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE