UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSE RAMON MOTINO-LOPEZ,

 Petitioner,

v.

MARKWAYNE MULLIN,[1] et al.,

 Respondents.

No. 6:25-CV-089-H

## ORDER

The petitioner, Jose Ramon Motino-Lopez, filed a petition for a writ of habeas corpus challenging his detention pursuant to 8 U.S.C. § 1225(b)(2)(A). Dkt. No. 1.[2] The respondents, despite arguing that he was subject to detention under that provision, submitted a declaration from a Deportation Officer indicating that an Immigration Judge "pretermitted [Motino-Lopez's] asylum case and ordered him removed to Honduras." Dkt. No. 11 at 5. Accordingly, the Officer reported that Motino-Lopez was subject to detention under Section 241 of the INA, 8 U.S.C. § 1231. *Id.* Motino-Lopez did not file a reply brief. The Court likewise observes that Motino-Lopez's updated case information on the EOIR website reports that an Immigration Judge ordered him removed, and there is no record of an appeal before the Board of Immigration Appeals.

Following his final order of removal, Motino-Lopez is subject to detention during the 90-day "removal period." 8 U.S.C. § 1231(a)(1)(A). And "[d]uring the removal period,

---

[1] Markwayne Mullin replaced Kristi Noem as Secretary of Homeland Security on March 26, 2026. Thus, he is automatically substituted as a party to this action. *See* Fed. R. Civ. P. 25(d).

[2] The Fifth Circuit recently upheld mandatory detention via Section 1225, holding that aliens like Motino-Lopez who are present in the United States without previously being admitted by immigration authorities—also known as "applicants for admission"—must be detained under the INA. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026).

detention is mandatory." *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021) (citing 8 U.S.C. § 1231(a)(2)). Because Motino-Lopez's detention is indisputably mandatory for the duration of the removal period, and because he does not contest removability, the Court dismisses his petition (Dkt. No. 1) as moot.[3]

So ordered on May 6, 2026.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[3] The Court also notes that Motino-Lopez does not appear in the ICE's Online Detainee Locator System. If Motino-Lopez has been removed from the country, this too renders his petition moot. *See Dormeus v. Keisler*, 252 F. App'x. 611 (5th Cir.2007) (petitioner's challenge to mandatory detention rendered moot when he was removed from the country).